FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 08, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARTIN VILLANUEVA, GABELO TLATELPA, and JOHN DOE, Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART INC., a foreign profit corporation, JAKE CARLSTROM, and AARON RODRIGUEZ,<br><br>Defendants. | No.   1:18-cv-03125-SMJ<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTIONS FOR RECONSIDERATION, TO CONTINUE, AND TO COMPEL** |

Before the Court is Magistrate Judge Dimke's May 14, 2020 Report and Recommendation, ECF No. 159, recommending the Court deny "Plaintiffs' Motion for Reconsideration, Plaintiffs' Separate Motion for Continuance and Motion to Compel," ECF No. 110. No objections have been filed. Having reviewed the Report and Recommendation and relevant authorities, the Court finds that Magistrate Judge Dimke's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 159**, is **ADOPTED** in its

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION – 1

entirety.

**2.** Plaintiffs' Motion for Reconsideration, Plaintiffs' Separate Motion for Continuance and Motion to Compel, **ECF No. 110**, is **DENIED**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and Magistrate Judge Dimke.

**DATED** this 8th day of June 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION – 2