FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 18, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARTIN VILLANUEVA; JOHN DOE, Trustee; and GABELO TLATELPA,<br><br>            Plaintiffs,<br><br>v.<br><br>WAL-MART INC., a foreign profit corporation; JAKE CARLSTROM; and AARON RODRIGUEZ,<br><br>            Defendants. | No.   1:18-cv-03125-SMJ<br><br>**ORDER DISMISSING CASE** |

On March 17, 2021, the parties filed a stipulated dismissal, ECF No. 205. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

  1. The parties' Stipulation and Order of Dismissal of All Claims with Prejudice, **ECF No. 205**, is **GRANTED**.

  2. All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

  3. All pending motions are **DENIED AS MOOT**.

  4. All hearings and other deadlines are **STRICKEN**.

ORDER DISMISSING CASE – 1

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 18th day of March 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2